# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Jess Belcher and Marcy Belcher
    Plaintiff(s)

vs.

Case Number: 09-CV-628 TCK PJC

United Parcel Service, et al.,
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____United Parcel Service_____
[name of party]

who is a (check one)  ☐ PLAINTIFF  ☑ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☑ YES  ☐ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 5th day of October, 2009.

/s/ F. Jason Goodnight
Signature

F. Jason Goodnight                    19106
Printed Name                          Bar Number

Feldman, Franden, Woodard & Farris
Firm Name

2 West 2nd Street, Suite 900
Address

Tulsa                    OK        74103
City                     State     ZIP

(918) 583-7123           (918) 584-3814
Phone                    Fax

jgoodnight@tulsalawyer.com
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on ___October 5, 2009___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

James E. Frasier
Frank W. Frasier, III
Steven R. Hickman

Dan S. Folluo
Lindsay J. McDowell

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ F. Jason Goodnight
_____
Signature